**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
 PENSION FUND, WELFARE FUND,
ANNUITY FUND, and APPRENTICESHIP,
 JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY FUND,
 THE CARPENTER CONTRACTOR ALLIANCE
OF METROPOLITAN NEW YORK f/k/a THE NEW
YORK CITY AND VICINITY CARPENTERS
LABOR MANAGEMENT CORPORATION, and the
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

       Petitioners,        22 **CIVIL** 6467 (VSB)(SLC)

   -against-            **JUDGMENT**

M & RR CONSTRUCTION CORP.,

       Respondent.
-------------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 13, 2023, the Court adopts the Report & Recommendation in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York
   September 13, 2023

                 **RUBY J. KRAJICK**
                 _____
                  **Clerk of Court**

       **BY:**
                 _____
                  **Deputy Clerk**